IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.   CRIMINAL ACTION NO. 2:24-cr-00118

TIWAN ROBERT BAILEY
CARRIE ROY
DAVID LEE WHITE

## VERDICT FORM

We, the Jury, return our unanimous verdict as follows:

1. As to the charge contained in **Count One** of the Third Superseding Indictment, related to the alleged sex trafficking of Victim 1 ("KT"), we find defendant **Tiwan Robert Bailey**:

    **X** GUILTY        _____ NOT GUILTY

    **If not guilty,** move to Question 2.
    **If guilty,** we unanimously agree the offense involved (check only one):

    _____ Recruiting, enticing, harboring, providing, obtaining, maintaining, patronizing, or soliciting Victim 1 (under 18 U.S.C. § 1591(a)(1))

    _____ Benefitting financially from participation in a venture (under 18 U.S.C. § 1591(a)(2))

    **X** Both an offense under 18 U.S.C. § 1591(a)(1) and (a)(2)

Page 1 of 4

2. As to the charge contained in **Count One** of the Third Superseding Indictment, related to the alleged sex trafficking of Victim 1 ("KT"), we find defendant **Carrie Roy:**

    **X** GUILTY        \_\_\_\_\_ NOT GUILTY

    **If not guilty,** move to Question 3.
    **If guilty,** we unanimously agree the offense involved (check only one):

    ✓_____Recruiting, enticing, harboring, providing, obtaining, maintaining, patronizing, or soliciting Victim 1 (under 18 U.S.C. § 1591(a)(1))

    ✓_____Benefitting financially from participation in a venture (under 18 U.S.C. § 1591(a)(2))

    **X**_____Both an offense under 18 U.S.C. § 1591(a)(1) and (a)(2)

3. As to the charge contained in **Count Two** of the Third Superseding Indictment, related to the alleged sex trafficking of Victim 2 ("Haley"), we find defendant **Tiwan Robert Bailey:**

    **X** GUILTY        \_\_\_\_\_ NOT GUILTY

    **If not guilty,** move to Question 4.
    **If guilty,** we unanimously agree the offense involved (check only one):

    _____Recruiting, enticing, harboring, providing, obtaining, maintaining, patronizing, or soliciting Victim 2 (under 18 U.S.C. § 1591(a)(1))

    _____Benefitting financially from participation in a venture (under 18 U.S.C. § 1591(a)(2))

    **X**_____Both an offense under 18 U.S.C. § 1591(a)(1) and (a)(2)

4. As to the charge contained in **Count Three** of the Third Superseding Indictment, related to the alleged sex trafficking of Victim 3 ("Sydnea"), we find defendant **Tiwan Robert Bailey:**

   __X__ GUILTY          _____ NOT GUILTY

   **If not guilty,** move to Question 5.
   **If guilty,** we unanimously agree the offense involved (check only one):

   _____Recruiting, enticing, harboring, providing, obtaining, maintaining, patronizing, or soliciting Victim 3 (under 18 U.S.C. § 1591(a)(1))

   _____Benefitting financially from participation in a venture (under 18 U.S.C. § 1591(a)(2))

   __X__Both an offense under 18 U.S.C. § 1591(a)(1) and (a)(2).

5. As to the charge contained in **Count Four** of the Third Superseding Indictment, related to the alleged sex trafficking of Victim 4 ("Lizzy"), we find defendant **Tiwan Robert Bailey:**

   __X__ GUILTY          _____ NOT GUILTY

   **If not guilty,** move to Question 6.
   **If guilty,** we unanimously agree the offense involved (check only one):

   _____Recruiting, enticing, harboring, providing, obtaining, maintaining, patronizing, or soliciting Victim 4 (under 18 U.S.C. § 1591(a)(1))

   _____Benefitting financially from participation in a venture (under 18 U.S.C. § 1591(a)(2))

   __X__Both an offense under 18 U.S.C. § 1591(a)(1) and (a)(2).

6. As to the charge contained in **Count Five** of the Third Superseding Indictment, related to obstruction, we find defendant **Tiwan Robert Bailey:**

    x **X** GUILTY          \_\_\_\_\_ NOT GUILTY

7. As to the charge contained in **Count Five** of the Third Superseding Indictment, related to obstruction, we find defendant **David Lee White:**

    \_\_\_\_\_ GUILTY          **X** NOT GUILTY

8. As to the charge contained in **Count Six** of the Third Superseding Indictment, related to conspiracy to sex traffic Victim 1 ("KT"), we find defendant **Tiwan Robert Bailey:**

    **X** GUILTY          \_\_\_\_\_ NOT GUILTY

9. As to the charge contained in **Count Six** of the Third Superseding Indictment, related to conspiracy to sex traffic Victim 1 ("KT"), we find defendant **Carrie Roy:**

    **X** GUILTY          \_\_\_\_\_ NOT GUILTY

    9\29\25
    _____
    Date

    _____
    Foreperson